UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 18-6044 |
| | : | |
| v. | : | Hon. Steven C. Mannion |
| | : | |
| DRE-LYNN SANDERS | : | |
| and | : | **SEALING ORDER** |
| GABRIELA ALVAREZ | | |

This matter having been brought before the Court upon application of Paul J. Fishman, the United States Attorney for the District of New Jersey, Dara Aquila Govan, Assistant United States Attorney, appearing), for an order sealing the Complaint and Arrest Warrants issued on this date, and for good cause shown,

IT IS on this 1st day of March, 2018,

ORDERED that the Complaint, Arrest Warrant, and all related documents, except as necessary to effectuate the arrest of the defendant, be and hereby are sealed until the arrest of any defendant or until further Order of this Court.

Honorable Steven C. Mannion
United States Magistrate Judge